IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | :    CIVIL NO. 23-cv-3796-JPG |
| | : |
| ONE RUGER EC9S, .9 CALIBER PISTOL, BEARING SERIAL NUMBER 457-56078, | : |
| | : |
| | : |
| DEFENDANT. | : |

## JUDGMENT AND DECREE FOR FORFEITURE

Pending before the Court is the Motion for Judgment of Forfeiture filed by the United States of America (Doc. 9). On November 29, 2023, Plaintiff United States of America filed a Verified Complaint for Forfeiture against Defendant, described as one Ruger EC9S .9 caliber pistol, bearing serial number 457-56078 (Doc. 1). The Complaint alleges that the firearm constitutes property involved in or used in a knowing violation of 18 U.S.C. § 922(g)(3) and is thus subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(3) by 28 U.S.C. § 2461(c).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court, and the Bureau of Alcohol, Tobacco, Firearms and Explosives seized the property on January 19, 2024 (Doc. 5). Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning December 1, 2023 (Doc. 6). On April 4, 2024, the Clerk of Court entered default as to Ebony Hughes and all interested parties (Doc. 8).

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered against all interested parties and in favor of Plaintiff United States of America. The property,

described as one Ruger EC9S .9 caliber pistol, bearing serial number 457-56078 is hereby **ORDERED FORFEITED** to the United States of America and no right, title or interest in the property shall exist in any other party.   The defendant property shall be disposed of according to law by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

    **IT IS SO ORDERED.**

    **DATED:**   April 23, 2024

    s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**